Argued October 7—decided October 7, 1975

### PAUL J. HANSON ET AL. *v.* A. EARL WOOD, COMMISSIONER OF TRANSPORTATION

The plaintiffs' motion to have the judgment set aside and a new trial ordered on the issue of damages in the appeal from the Superior Court in

Fairfield County is granted unless the defendant files his counterfinding on or before November 17, 1975.

*Robert A. Slavitt,* for the appellants (plaintiffs).

*Victor Feingold,* assistant attorney general, for the appellee (defendant).